516 A.2d 1386

**Allen J. BECKMAN**

v.

**Dan ABRAMOVITZ and Natan Abramovitz and Integrated Systems International, Inc., Appellants.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1986.

Decided Nov. 12, 1986.

Avi D. Eden, Philadelphia, for appellants.

Bruce S. Luckman, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM

Appeal dismissed as moot.